Kenneth BEQUETTE, Claimant/Appellant,

v.

BENNETT PACKING and Liberty Mutual Insurance Company, Employer and Insurer/Respondents.

No. 63026.

Missouri Court of Appeals, Eastern District, Division One.

July 20, 1993.

Julie Keehner Katz, Ripplinger, Dixon, Hoffman & Ver Steegh, Belleville, IL, for claimant, appellant.

John Winterscheidt, St. Louis, for employer and insurer, respondents.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission (Commission) affirming the award of the Administrative Law Judge denying his claim for workers' compensation benefits. We affirm. The Commission's order is supported by competent and substantial evidence on the whole record; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum

for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).